15

**RECEIVED**

FEB 2 0 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ricky Dell Calvin

**FILED** PK
2/23/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:18-cv-01313
Judge John J. Tharp, Jr
Magistrate Judge Jeffrey Cole
PC 1

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                                Case No: _____
                                   (To be supplied by the Clerk of this Court)

Beckman NW #16887
Wolowicz RJ #14633
Chicago police
Department
District 011
Kedzie Harrison

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:                    **AMENDED COMPLAINT**

   ✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code** (state, county, or municipal defendants)

          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code** (federal defendants)

          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**
   A. Name: Ricky Dell Calvin
   B. List all aliases: NONE
   C. Prisoner identification number: 20170901103
   D. Place of present confinement: Cook County DOC
   E. Address: P.O. Box 089002 Chicago ILL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: R.J. Wolowicz #14633
      Title: Chicago Police Officer
      Place of Employment: ~~CPD W. Harrison~~ Kedzie Harrison

   B. Defendant: N.W. Beckman #16887
      Title: Chicago Police Officer
      Place of Employment: ~~CPD W. Harrison~~ Kedzie Harrison

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ~~N/A~~ NO

B. Approximate date of filing lawsuit: NO

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NO

NO

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NO

F. Name of judge to whom case was assigned: NO

G. Basic claim made: NO

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NO

I. Approximate date of disposition: NO

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON 9-5-17 AT 9:15 A.M. I WAS STANDING WITH MY BICYCLE AT THE CORNER OF JACKSON AND PULASKI AVENUES WHEN TWO MEN IN A BLACK FORD CROWN VICTORIA TOLD ME TO COME TO THEIR CAR. I DID NOT KNOW THEM SO I REFUSED. WHEN I BEGAN RIDING MY BICYCLE HOME THEY FOLLOWED ME ALL THE WAY TO THE FRONT OF A LIQUOR STORE, ONE [BECKMAN] OF THEM THREW ME DOWN ON THE PAVEMENT AND PUT ME IN HAND CUFFS, THEN THE OTHER GUY [WOLOWICZ] JUMPED AS HARD AS HE COULD ON MY LEFT FOOT AND STOOD ON IT. THEY HAD ME LIMP TO THEIR CAR, AND HE SAID "THAT'S FOR YOU RUNNING YOU RABBIT" "YOU WON'T RUN AGAIN NEXT TIME". I TOLD THEM I NEEDED TO GET MY FOOT LOOKED AT IT WAS BROKEN. THEY REFUSED TO TAKE ME TO THE HOSPITAL AND TOOK ME TO THE STATION. ONE SAID "IF YOU MAKE US TAKE YOU TO THE HOSPITAL," [BECKMAN] "I'll CHARGE YOU WITH AGGRAVATED BATTERY FOR HURTING MY FINGER." I DIDN'T SEE THE DR. UNTIL 24 HOURS LATER AT CCDOC. THEY FOUND FRACTURES IN 3 TARSAL BONES (FOOT BONES)

4                                                                                   Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Want ACtUAL DAMAGES FOR pAiN AND SuFFinging for THE WiLLful MALiCious iNJURiouS AND UNNECESSARy BRutALity I NEVER RESiSTED

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25TH day of JAN, 20 18

Ricky Dell Calvin
(Signature of plaintiff or plaintiffs)

Ricky DELL CALVin
(Print name)

20170901103
(I.D. Number)

Cook County D.O.C.
POBox 089002 CHicago ILL. 60608
(Address)

Home Address 222 S. HAMLin BLVD
CHicago ILL. 60624 Apt D-14

Reviewed: 8/2013

Reviewed: 8/2013

Ricky DELL CALVIN
ID# 20170901103
P.O. Box 089002
Chicago ILL. 60608

RECEIVED
2018 FEB 20 AM 8:57

Prisoner Correspondence
Clerk office U.S. District Court
219 South Dearborn Street 20 Floor
Chicago ILL. 60604

1:18-cv-01313
Judge John J. Tharp, Jr
Magistrate Judge Jeffrey Cole
PC 1

02/20/2018-38



